IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JIMMIE R. FIELDS, | |
| Plaintiff, | CIVIL ACTION FILE NO. |
| v. | 1:05-CV-1983-GET |
| UNITED PARCEL SERVICE GENERAL SERVICES CO., | |
| Defendant. | |

**ORDER**

Pending before the court is Defendant's motion [Doc. 62] for leave to file a statement of material facts that exceeds the limitation set forth in the court's notice to the parties regarding the filing of and responses to motions for summary judgment [Doc. 23]. The court notes that Defendant's motion, which is filed well after the fact of Defendant's filing of a statement of material facts [Doc. 42-2] that did not conform to the court's notice, is made in response to Plaintiff's objections to and request to strike Defendant's statement of material facts filed in conjunction with his response to the motion for summary judgment.[1]  [Doc. 56].

---

[1] The court also notes that at risk to Plaintiff's interests, and without leave of this court, counsel for Plaintiff only responded to the first fifty numbered material facts. Therefore, according to the local rules of this court, see L.R. 56, Plaintiff has arguably admitted the remaining facts set forth by Defendant. [Doc. 56].

At the time that Defendant filed the motion for summary judgment and the statement of material facts, both filings were reviewed by the court for conformity with both the local rules of the court and this court's notice to the parties.  The court noted the failure to conform with the notice and determined that, because the filings substantially comported with the notice, the proceedings would not be delayed by requiring Defendant to substitute a statement of material facts strictly conforming to the notice.

For this reason, the court **GRANTS** Defendant's motion [Doc. 62] but cautions Defendant against future failure to comply with this court's rules.  The court also will allow Plaintiff ten (10) days from entry of this order to supplement his response to Defendant's statement of material facts to address facts numbered above 50 but cautions Plaintiff against future self-enforcement of this court's rules.  Defendant's reply to Plaintiff's response to the summary judgment motion will be due ten (10) days from the filing of Plaintiff's supplement to the statement of material facts.

**SO ORDERED**, this 22nd day of August, 2006.

JANET F. KING
UNITED STATES MAGISTRATE JUDGE